FILED

2004 JAN 22 P 2: 03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>PLAINTIFF )<br>)<br>V. )<br>)<br>)<br>JOSE MARTINEZ )<br>DEFENDANT )<br>_____ ) | CRIMINAL NO.: 3:02cr61 (AWT)<br><br>January 21, 2004 |

## MOTION TO CONTINUE SENTENCING

The Defendant, **JOSE MARTINEZ**, through counsel, hereby moves this Honorable Court, to continue the sentencing currently scheduled for January 29, 2004 to March 2, 2004, and states in support the following:

1. That the undersigned is scheduled for a continuation of the sentencing hearing in the matter of United States of America vs. Troy Hayes, 3:01cr199 (EBB), in front of the Honorable Ellen Bree Burns in the U.S. District Court in New Haven.

2. That the undersigned has been unable to meet with the Defendant to review the Pre-Sentence Report and discuss sentencing strategy.

3. That the undersigned spoke with the Defendant, and he has agreed to this motion and affirmatively waives his rights under the Speedy Trial Act. A formal waiver has been forwarded to the Defendant for execution and will be filed with the Court upon receipt.

4. That the undersigned has made contact with the secretary of Assistant United

Case 3:02-cr-00061-AWT   Document 103   Filed 01/22/2004   Page 2 of 4

States Attorney H. Gordon Hall, who indicated that to the best of her knowledge Attorney Hall has no objection to the granting of this motion.

WHEREFORE, Defendant prays this Court enter an Order to reset the sentencing from January 29, 2004 to March 2, 2004.

                THE DEFENDANT
                **JOSE MARTINEZ**

BY: _____
        MICHAEL S. HILLIS
        DOMBROSKI, KNAPSACK & HILLIS, LLC
        205 Whitney Avenue
        New Haven, CT 06511
        (203) 624-9096
        Bar #: ct11867

## CERTIFICATION

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 21st day of January, 2004, to the following counsel:

**LAWRENCE M. HERRMANN**
1116 Wallingford Road
Cheshire, Connecticut 06410-2939

**ALEXEI SCHACHT,** Esq.
Nalven & Schacht
30-16 Steinway Street, 2nd Floor
Astoria, New York 11102

**HON. ALVIN W. THOMPSON**
c/o U.S. District Court
450 Main Street
Hartford, Connecticut 06103

**JACK G. GOLDBERG,** Esq.
225 Broadway, Suite 905
New York, New York 10007

**H. GORDON HALL, AUSA**
Office of the U.S. Attorney
P.O. Box 1824
New Haven, Connecticut 06508

_____
MICHAEL S. HILLIS